FILED by __TM__ D.C.
ELECTRONIC

Dec 20, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80237-CR-MARRA/MATTHEWMAN

21 U.S.C. § 841
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

CHARLES MORRIS,
                 **Defendant**.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about November 10, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**CHARLES MORRIS**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841 (b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of a Schedule 1

controlled substance, that is, 3,4-Methylenedioxymethcathinone Hydrochloride, also known as methylone.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY


_____
CAROLYN BELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **CHARLES MORRIS**

**Case No:** _____

Count #: 1

  Possession with intent to Distribute a Controlled Substance

  Title 21, United States Code, Section 841

* **Max. Penalty:** 20 years imprisonment, $1 million fine, and 3 years to life supervised release

Count #: 2

_____

_____

**\*Max. Penalty:** _____

Count #: 3

_____

_____

**\*Max. Penalty:** _____

Count #: 4

_____

_____

**\*Max. Penalty:** _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| | **CERTIFICATE OF TRIAL ATTORNEY*** |
| CHARLES MORRIS, | |
|          Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    _X_ WPB    ___ FTP

New Defendant(s)    Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _NO_
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)             (Check only one)

    | I | 0 to 5 days | _X_ | Petty | ___ |
    | II | 6 to 10 days | ___ | Minor | ___ |
    | III | 11 to 20 days | ___ | Misdem. | ___ |
    | IV | 21 to 60 days | ___ | Felony | _X_ |
    | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _12-8438-JMH_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _11/10/2012_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No


                                  _/s/ Carolyn Bell_
                                  CAROLYN BELL
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Florida Bar No./Court No. 05500286

*Penalty Sheet(s) attached                                           REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: CHARLES MORRIS

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: CAROLYN BELL

Last Known Address: PBCJ

West Palm Beach

What Facility: Palm Beach County Jail

Agent(s): Paul Bruno, Task Force Officer
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
FBI

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| CHARLES MORRIS | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____Flynn Bertisch, Esq._____
*Printed name of defendant's attorney*

_____
*Judge's signature*

__James M. Hopkins, United States Magistrate Judge__
*Judge's printed name and title*